574 A.2d 601

**Thomas A. MANZITTI and Patricia Manzitti, Appellants,**

v.

**Fred R. AMSLER, Jr., M.D., and Williamsport Orthopedic Associates, Ltd.**

Supreme Court of Pennsylvania.

Argued May 8, 1990.

Decided May 23, 1990.

John C. Youngman, Jr., Williamsport, for appellants.

Joseph P. Mellody, Jr., Wilkes Barre, for appellee.

Before NIX, C.J. and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., dissents.